**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 06-161(6) (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| JENNI CHI NGUYEN, | |
| Defendant. | |

_____

Christian Wilton and W. Anders Folk, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Tim Anderson, **LAW OFFICES OF TIMOTHY R. ANDERSON,** 310 Fourth Avenue South, Suite 1050, Minneapolis, MN 55415, for defendant.

This matter is before the Court upon review of the Court's order sealing documents in this case. Based on all the records, files, and proceedings in this case, and upon no objection by Counsel, the Court finds the documents no longer need to be sealed.

Accordingly, **IT IS HEREBY ORDERED** that the following documents filed under seal pursuant to this Court's October 24, 2007 Order shall now be unsealed: Docket Numbers 366, 367, 368, 384 and 388.

DATED: August 14, 2009
at Minneapolis, Minnesota
　　　　　　　　　　　　　　　　　　　　　　____ s/John R. Tunheim_____
　　　　　　　　　　　　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　　United States District Judge